UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: §
§
CLARENCE J. MULLINS, § CASE NO. 07-53335-RBK
§
Debtor § CHAPTER 7

FILED
FEB 16 2010
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

## APPLICATION FOR DEPOSIT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned Trustee Reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is in an amount less than the amount specified in Bankruptcy Rule 3010.

__xxx__ More than 90 days have passed since the final distribution and the amount payable to the creditor(s) listed on Exhibit "A" remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned Trustee remits herewith his check in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: February 12, 2010

John Patrick Lowe, Trustee
318 East Nopal
Uvalde, Texas 78801
830/278-4471

## ORDER

It appearing that the Trustee has filed an Application for Deposit of Small/Unclaimed Dividends,

IT IS ORDERED THAT:

The Trustee forthwith pay over to the Clerk for deposit in the United States Treasury pursuant to Chapter 129 of Title 28 (28 U.S.C. §§2041, et seq.) the total amount on said Exhibit "A".

Dated: 2\16\2010

Cindy Sanchez
UNITED STATES BANKRUPTCY CLERK

1

# EXHIBIT "A"
## SMALL/UNCLAIMED DIVIDENDS

| NAME AND ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| David Shelton<br>c/o Gordon O. Stafford, Jr.<br>750 Rittiman Road<br>San Antonio, TX 78209 | 16 | $1,281.18 |
| Gonzalez Livestock Auction<br>c/o Gordon O. Stafford, Jr.<br>750 Rittiman Road<br>San Antonio, TX 78209 | 17 | $1,281.18 |
| TOTAL | | $2,562.36 |



#101990